UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED
SEP 2 4 2008
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.

MARVIN LEIGH MADKINS

CASE NO. 3:08-cr-343-J-34MCR
Ct. 1:   18 U.S.C. § 1591
Ct. 2:   18 U.S.C. § 1591
Ct. 3:   18 U.S.C. § 2423(a)
Ct. 4:   18 U.S.C. § 924(c)(1)(A)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

Between on or about April 1, 2008, and on or about June 7, 2008, in Duval County, the Middle District of Florida, in Virginia, and elsewhere, the defendant, MARVIN LEIGH MADKINS, in and affecting interstate commerce did knowingly recruit, entice, harbor, transport, provide, and obtain a person, that is A.L., while knowing that force, fraud, and coercion would be used to cause such A.L. to engage in a commercial sex act; and while knowing that A.L. had not attained the age of eighteen (18) years and would be caused to engage in a commercial sex act.

All in violation of Title 18, United States Code, Section 1591.

### COUNT TWO

Between on or about April 1, 2008, and on or about June 7, 2008, in Duval County, the Middle District of Florida, Virginia, and elsewhere, the defendant, MARVIN LEIGH MADKINS, in and affecting interstate commerce did knowingly recruit, entice, harbor, transport, provide, and obtain a person, that is M.M., while knowing that force,

fraud, and coercion would be used to cause such M.M. to engage in a commercial sex act; and while knowing that M.M. had not attained the age of eighteen (18) years and would be caused to engage in a commercial sex act.

All in violation of Title 18, United States Code, Section 1591.

## COUNT THREE

Between on or about May 15, 2008, and on or about June 7, 2008, in Duval County, the Middle District of Florida, Virginia, and elsewhere, the defendant, MARVIN LEIGH MADKINS, knowingly did transport individuals, that is A.L. and M.M., who had not attained the age of eighteen (18) years in interstate commerce from Norfolk, State of Virginia, to Jacksonville, State of Florida, with the intent that A.L. and M.M. engage in prostitution and in sexual activity for which any person can be charged with a criminal offense under the laws of the State of Florida, that is, sections 794.05(1), 800.04(4), 800.04(5), 800.04(6), and 800.04(7), Florida Statutes.

All in violation of Title 18, United States Code, Section 2423(a).

## COUNT FOUR

Between on or about May 15, 2008, and on or about June 7, 2008, in Duval County, the Middle District of Florida, the defendant, MARVIN LEIGH MADKINS, did knowingly possess a firearm, that is, a shotgun, in furtherance of a violation of Title 18, United States Code, Section 1591, as alleged in Counts One and Two, above, which allegations are re-alleged and incorporated by reference herein, crimes of violence for which the defendant may be prosecuted in a Court of the United States.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

A TRUE BILL,

_____
Foreperson

ROBERT E. O'NEILL
United States Attorney

By: _____
MAC D. HEAVENER, III
Assistant United States Attorney

By: _____
FRANK M. TALBOT
Assistant United States Attorney
Deputy Chief, Jacksonville Division

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT

Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

MARVIN LEIGH MADKINS

## INDICTMENT

Violations:

18 U.S.C. § 1591
18 U.S.C. § 1591
18 U.S.C. § 2423(a)
18 U.S.C. § 924(c)(1)(A)

A true bill,

_____
Foreperson

Filed in open court this 24th day of September, A.D. 2008.

_____
Clerk

Bail $ _____

GPO 863 525

*Revised 05 03 2007*